district court to consider, in its discretion, whether resentencing is appropriate. *Ameline,* 409 F.3d at 1084–85. Because we do not presume that every defendant will wish to pursue resentencing, *see id.* at 1084, Rodriguez may opt out of re-sentencing by promptly notifying the district court and the government of his decision to do so.

AFFIRMED; sentence REMANDED.

MAYOR PHARMACEUTICAL LABO-RATORIES, INC., an Arizona corporation; Karemor International Inc., a Nevada corporation, Plaintiffs—Appellants,

v.

COMPASS BANK INC., a Nevada corporation, Defendant—Appellee.

No. 04–16063.

D.C. No. CV–02–01642–FJM.

United States Court of Appeals, Ninth Circuit.

Submitted March 13, 2006.*

Decided March 16, 2006.

Marty Harper, Esq., Shughart Thomson & Kilroy P.C., Phoenix, AR.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lawrence Jay Rosenfeld, Esq., Greenberg Traurig, LLP, for Defendant—Appellee.

Before RYMER, W. FLETCHER, and CLIFTON, Circuit Judges.

MEMORANDUM **

We affirm for the reasons stated by the district court.

AFFIRMED.

Craig SOROUDI, Plaintiff–Appellant,

v.

PAN–AMERICAN LIFE INSURANCE COMPANY, a Louisiana Corporation; Medex Assistance Corporation, a Maryland Corporation; Wallach & Company, Inc., a Virginia Corporation; International Sojourners Insurance Trust of Washington, D.C., an unknown business entity, Defendants–Appellees,

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.